IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS CAMPBELL RALEIGH,<br><br>Defendant. | CR 18-27-BLG-SPW<br><br>ORDER |

Defendant has filed an Unopposed Motion to Continue Suppression Hearing (Doc. 27) set before Magistrate Judge Timothy J. Cavan on June 1, 2018. Trial in this matter is set for June 25, 2018. Therefore,

IT IS HEREBY ORDERED that Defendant's trial date of **June 25, 2018** is hereby **VACATED** to be reset upon this Court's ruling on the Motion to Suppress Evidence (Doc. 19). The time from the motion's filing on May 4, 2018, to this Court's decision on the motion is excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D).

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 30th day of May, 2018.

SUSAN P. WATTERS
United States District Judge