IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

OCT – 4 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS CAMPBELL RALEIGH,<br><br>Defendant. | CR 18-27-BLG-SPW<br><br><br>ORDER |

Defendant Douglas Campbell Raleigh moved the Court to order the government to disclose the personnel file of Officer Jeremiah Adams. (Doc. 41). The Court instead ordered the government to submit Officer Adams' personnel file for in camera review. (Doc. 47). The Court has conducted its in camera review of the materials and concluded none of the materials contain information required to be disclosed under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972). Accordingly, the materials will not be disclosed to Raleigh.

DATED this 4th day of October, 2018.

SUSAN P. WATTERS
United States District Judge

1