

FILED
OCT 15 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS CAMPBELL RALEIGH,<br><br>Defendant. | CR 18-27-BLG-SPW<br><br>ORDER |

Upon the United States' Notice of Appeal (Interlocutory) (Doc. 60), the trial currently scheduled for October 22, 2018 is **VACATED**. This case is **STAYED** pending further notice from the Ninth Circuit Court of Appeals. For purposes of the Speedy Trial Act, any delay caused by this interlocutory appeal is excluded. 18 U.S.C. § 3161(h)(1)(C).

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 15th day of October, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1