# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DOUGLAS CAMPBELL RALEIGH,** Defendant. | CR 18-27-BLG-SPW **ORDER** |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 68), and for good cause appearing,

**IT IS HEREBY ORDERED** that the indictment filed on February 22, 2018 in this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the trial presently set for Monday, February 11, 2019 at 9:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that Douglas Campbell Raleigh be released from the custody of the U.S. Marshals Service.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 5th day of February, 2019.

SUSAN P. WATTERS
United States District Judge